# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Robert Field**<br>DOB: 1987; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**19-07330MJ** |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 2

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about April 24, 2019, at or near Tucson, in the District of Arizona, **Robert Field**, knowing or in reckless disregard that certain aliens, namely Mauricio Alfonso-Ortega, Miguel Angel Silvestre-Reyes and Jose Antonio Palacios-Mortera, had come to, entered, and remained in the United States in violation of law, did transport, said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**COUNT 2 (Misdemeanor)** On or about April 24, 2019, at or near Tucson, in the District of Arizona, **Robert Field,** did unlawfully aid and abet certain illegal aliens, namely Mauricio Alfonso-Ortega, Miguel Angel Silvestre-Reyes and Jose Antonio Palacios-Mortera, to elude examination and inspection by Immigration Officers of the United States of America; in violation of **Title 8, United States Code, Section 1325** and **Title 18, United States Code, Section 2**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about April 24, 2019, at or near Tucson, in the District of Arizona, United States Border Patrol Agents (BPA) encountered a black Dodge pickup truck at the SR-286 immigration checkpoint. The truck stopped at the inspection area and the driver was identified as **Robert Field**. BPA observed possible illegal aliens laying behind the driver's seat. Three passengers, dressed in camouflaged clothing, were found lying on top of each other on the floor of the truck. BPA determined that the three passengers, later identified as Mauricio Alfonso-Ortega, Miguel Angel Silvestre-Reyes and Jose Antonio Palacios-Mortera were in the United States illegally. The seats were in an upright position to create room for all three. Clothing was also placed across the back windows to conceal the interior from view.

Material witnesses Mauricio Alfonso-Ortega, Miguel Angel Silvestre-Reyes and Jose Antonio Palacios-Mortera stated that they had made arrangements to be smuggled into the United States for money. The witnesses stated that they crossed the International Boundary Fence and that they were guided to the pick-up location via cell phone. The witnesses each stated that a black two cabin pickup truck stopped at the location they were hiding at. Alfonso-Ortega and Silvestre-Reyes stated that the driver signaled everyone in the back seat to lay down, prior to driving through the immigration checkpoint.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Mauricio Alfonso-Ortega, Miguel Angel Silvestre-Reyes and Jose Antonio Palacios-Mortera

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA RW<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE *Jaqueline M. Rateau* | DATE<br>April 25, 2019 |

1) See Federal rules of Criminal Procedure Rules 3 and 54